AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>NATHAN ALEXANDER BRYAN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  8:15-MJ-1400-AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 24, 2014 to June 21, 2015__ in the county of __Manatee County__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | attempted enticement of a minor for sexual activity |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

KEVIN BUNCH, Task Force Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/21/2015__

_____
Judge's signature

City and state: __Tampa, Florida__   ANTHONY E. PORCELLI, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Kevin Bunch, being duly sworn, depose and state:

1. I am an active sworn law enforcement officer with the Bradenton Police Department and have served in that capacity since 1998. I have served as a Detective for the past fourteen years with four years in the Narcotics Division and ten years in the Detective Division. I have also been assigned as a Detective to the Central Florida Internet Crimes Against Children (ICAC) Task Force since September 2008. ICAC is a national organization which provides specialized high-technology training and resources to law enforcement agencies that investigate crimes dealing with online sexual-solicitation and sexual-exploitation of children, including the collection and trading of images of child pornography. I have attended several schools providing training regarding the investigation of Internet crimes against children and computer crimes. I have an understanding of the Internet and have conducted investigations involving undercover chat sessions, child sexual-solicitation, and the possession and transmission of child pornography. The following is a list of courses where I received training and gained a level of proficiency: Peer Precision for Peer-to-Peer Networks; Innocent Images Online Basics Training; and Internet Investigations. In addition to the above, I have also investigated or assisted in investigations of crimes against children, such as Sexual Battery, Lewd or Lascivious Battery and Molestation, Kidnapping, Homicide, and Child Abuse. In the past twelve years, I have participated in the execution of numerous search warrants, and have previously participated in search warrants involving the detection of child pornography. From July 2008 to January 201, I

1

was a member of the Office of the Attorney General's Cybercrime Unit.

2.   I am currently assigned to the Federal Bureau of Investigation Child Exploitation Task Force, which consist of law enforcement members who investigate the online sexual exploitation of children. I have participated in numerous investigations involving child exploitation. On September 11, 2012, I was appointed and sworn to perform the duties of the Office of Special Deputy United States Marshal. As a Task Force Agent, I am authorized to investigate violations of the laws of the United States and execute arrest and search warrants issued under the authority of the United States.

3.   The information in this affidavit is based upon my personal knowledge, conversations with other law enforcement officials, and/or review of relevant reports. This affidavit is made in support of a criminal complaint charging NATHAN ALEXANDER BRYAN with attempted enticement of a minor in violation of Title 18, United States Code, Section 2422(b).

4.   This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to contain every fact of this investigation; rather, it contains only the necessary facts to support the arrest of BRYAN.

5.   In April, 2014, I learned that BRYAN, who has been previously investigated for sexual exploitation of children, was attempting to obtain babysitting jobs by answering online ads seeking same. Based on this information, I began a criminal investigation of BRYAN. Specifically, on April 24, 2014, I acted in an undercover capacity and posted an online advertisement on a popular website's "domestic gigs" section and indicated that I was a single dad, who was looking for a male babysitter to watch my 8 year old stepson. I assumed the undercover profile of a "bad dad" in his forties, who was looking

for an adult male to engage in sex acts with his eight- year- old stepson, in the Bradenton/Sarasota, Florida area. On April 24, 2014, I received a response to the online advertisement by email to my undercover Gmail account from the subject, Nathan Bryan, who stated he was responding to the babysitting ad, and left his telephone number, 941-565-4689, for me to contact him.

6. Using a Law Enforcement investigative tool, I learned that the telephone number, 941-565-4689, was assigned to BRYAN, and listed a residence of 2109 10th Street West, Bradenton, Florida. I checked the address of 2109 10th Street West, Bradenton, Florida, through the Bradenton Police Department records and confirmed that a NATHAN ALEXANDER BRYAN had resided at this address but has since moved from this location.

7. From on or about April 24, 2014 through on or about June 21, 2015, BRYAN communicated with me primarily via text messaging over the internet. During our communications BRYAN utilized the following monikers "Nathan Bryan", and cellular telephone messaging service, using telephone number(s) 941-565-4689, 407-432-8639, 941-524-3851 and discussed meeting me and my purported "8 year old" son for sex with my stepson. As an example, BRYAN utilized Metro PCS cellular provider telephone number 941-565-4689, and sent text messages to me in my undercover capacity as I was posing as a "bad dad" who would allow him to have sex with the child.

8. On June 7, 2014 I had the following text message exchange with BRYAN:

| | |
|---|---|
| UC | Again if this is something you are not comfortable with then u should not meet my stepson. |
| BRYAN | Hey now I didn't say all that |
| BRYAN | I like to do lots of things....we have established you can trust me... You should understand that I'm not leaving a text trail in anyone's phone discuss |

| | |
|---|---|
| BRYAN | ing things like that |
| BRYAN | If you still can't trust me... Then if you don't want me coming then let me know.. |
| BRYAN | I will tell you this.. That at first.. The only thing I wanna do is smell every inch of him... |
| BRYAN | It's the best smell ever |
| UC | Nice. But with u not wanting to leave a trail which I don't blame u but also makes me a little suspicious. it may be better if we just talked over the phone f. |
| BRYAN | Lol....it's all good.... |
| BRYAN | We're only allowed to do oral stuff.. So I don't know what you want me to tell you... |
| UC | Ok good. so we r clear just between u and stepson ok |
| BRYAN | Who else would be involved |
| UC | Just making sure u understand. had others wanted me to be involved while they were with my stepson jst not into that don't want it to complicate things. I can |
| BRYAN | I don't care either way... |
| UC | thanks you're making me feel better about this |
| BRYAN | I don't care about picture... But no face and no tattoos.. I have a lot of them |
| UC | Haha I know what you mean I have a lot of tattoos as well |
| UC | as long as you are good with the rules now that I trust you this can work out well |
| BRYAN | The only rule I know is no anal which I don't do that anyways... |
| UC | only orall between you and my stepson |
| UC | no anal on him because he is only 8 yrs old and not worth the risk okay |
| BRYAN | Nope... I like that rule.... |
| UC | I don't understand nope to what or am I reading text wrong |
| BRYAN | I'm saying no anal ..I like that rule.. |

4

BRYAN    That's too much....

UC    I totally agree

BRYAN    I just wanna smell him and taste him....

UC    Just with u giving stepson oral and him doing it to u just promise not to be aggressive with it. can't allow that ok

BRYAN    I'm not like that...

UC    Okay just making sure and making sure your dick isn't too big where it would hurt him

BRYAN    I don't have a big one...

UC    Another question just thinkin about u being here with Michael a lot

UC    After u give Michael oral and he gives u oral would you let him pee on you?

BRYAN    That's something to think about.. I do like pee....we would have to tell about it..

9. On June 18, 2014, BRYAN communicated with me via text message that he had to move to Orlando, but would be coming back to the area. I continued to communicate with BRYAN from June 18, 2014 through July 9, 2014, when communication ceased from BRYAN.

10. On June 2, 2015, the Bradenton Police Department received an email from BRYAN, using email address, pheonix1055@gmail.com. The email was in regards to him being robbed in the city of Bradenton. The email complaint was brought to my attention, because the name of "NATHAN BRYAN" was recognized as a subject that was previously under investigation.

11. On June 4, 2015, I again acted in an undercover capacity as the same "bad dad" and posted an online advertisement on a popular website's "childcare" section and indicated that I was looking for a male babysitter to watch my "9" year old stepson in the

5

Bradenton/Sarasota, Florida area, to ascertain if BRYAN was still attempting to engage in sexual acts with a child. On June 4, 2015, I received a response to the online advertisement by email to my undercover Gmail account from the subject, BRYAN, who stated, "HI my name is nathan ..and i would like to apply for the position please". On June 5, 2015, I responded to this email from my undercover Gmail account, "Hey Nathan this is Brett. How have you been? I thought you moved to Orlando. Are you back for good now? Hope to hear back from you". On June 5, 2015 I received a response from BRYAN, through my undercover Gmail account, "I figured it was. j been back for five months almost i lost your number.... I'm back and i wanna meet <u>941 524 3851</u>". Since June 5, 2015, I have had numerous communications with BRYAN and he has indicated he wants to meet me and my stepson.

12.     Between April, 2014, and June, 2015, BRYAN made several SMS communications to me, believing I was the step father of the young boy, and discussed his traveling to the pre-designated location to meet the child who he believed was between 8 to 9 years of age, to engage in sexual activity with the child.

13.     On June 21, 2015, BRYAN traveled within the state of Florida to an agreed upon location in Bradenton, with the intent to engage in illegal sexual acts with a person BRYAN believed to be a minor and was arrested. Among the proposed sexual acts was oral sex, which between an adult male and an 8 or 9 year old boy is illegal under the laws of the state of Florida and would be the crime of capital sexual battery in violation of Florida Statute Section 794.011(2)(a).

14.     On the basis of the foregoing, there is probable cause to believe that NATHAN ALEXANDER BRYAN, used a facility of interstate commerce to knowingly attempt to

persuade, induce, entice and coerce a minor to engage in illegal sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

KEVIN BUNCH
Task Force Agent
Federal Bureau of Investigation
Bradenton, Florida

Subscribed and sworn to before me this  21st  day of June, 2015.

ANTHONY E. PORCELLI
United States Magistrate Judge

7